In the Supreme Court of Georgia

Decided:    October 5, 2015

S15Y1812, S15Y1813, S15Y1814.  IN THE MATTER OF JIN CHOI.

PER CURIAM.

These disciplinary matters are before the Court on the Report and Recommendation of the special master, Thomas Scott Clegg, recommending that the Court accept the petition for voluntary surrender of license filed by Jin Choi (State Bar No. 124972).

Choi, who became a member of the Bar in 1984, admits that he failed to properly manage substantial funds entrusted to him in a fiduciary capacity in three different matters, two of which involved business ventures and one of which involved his law practice.  He acknowledges that by his actions he has violated Bar Rule 1.15 (I, II), of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d), the maximum sanction for which is disbarment. The State Bar recommends that the Court accept the petition, noting that Choi previously received an Investigative Panel reprimand on May 21, 2010 for his violations of Rules 1.4, 1.16, 5.4, and 7.3, in connection with the representation

of a client.

Prior to the filing of the petition for voluntary surrender, the special master had conducted a hearing and issued a detailed report and recommendation, urging that Choi be disbarred in connection with two of the matters. Following submission of the petition for voluntary surrender addressing all three matters, the special master recommends that the Court accept the petition.

We have reviewed the records and agree to accept Choi's petition for voluntary surrender of his license, which is tantamount to disbarment. See Bar Rule 4-110 (f). It is hereby ordered that the name of Jin Choi be removed from the rolls of persons authorized to practice law in the State of Georgia. Choi is reminded of his duties pursuant to Bar Rule 4-219 (c).

Voluntary surrender of license accepted. All the Justices concur.